# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| GLEN O. LEWIS, | : |
| Petitioner, | : |
| v. | : Case No. 7:09-CV-39 (HL) |
| J. DARRELL HART, Warden, | : |
| Defendant. | : |

## ORDER

This case is before the Court on the Recommendation (Doc. 13) of United States Magistrate Judge G. Mallon Faircloth on the Defendant's Motion to Dismiss (Doc. 9). The Magistrate Judge recommends dismissing the Petitioner's habeas petition as untimely filed. The Petitioner did not file an objection to the Recommendation. The Recommendation is adopted and made the order of this Court. The Motion to Dismiss (Doc. 9) is granted.

**SO ORDERED**, this the 13th day of January, 2010.

*s/ Hugh Lawson*
HUGH LAWSON, SENIOR JUDGE

jch